IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02774-AP

CANDACE LOU CUNNINGHAM,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ruth K. Irvin<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>Rkirvin@irvinlaw.net | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 12/22/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 1/2/09
   C. **Date Answer and Administrative Record Were Filed:** 3/2/09

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   To the best of their knowledge, the parties state that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties state that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:**  4/30/09
   B. **Defendant's Response Brief Due:**  6/2/09
   C. **Plaintiffs Reply Brief (If Any) Due:**  6/16/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED: March 23, 2009

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/Ruth K. Irvin<br>Ruth K. Irvin<br>Irvin & Irvin<br>1443 Spruce Street<br>Boulder, CO 80302<br>303-543-0337<br>Rkirvin@irvinlaw.net | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>s/ Debra J. Meachum<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |